### Jeff HARPER, Appellant,

v.

### Norma Lee SMITH, Appellee.

### Jeff HARPER, Appellant,

v.

### Lois CAMPBELL, Appellee.

Court of Appeals of Kentucky.

April 23, 1954.

Craft & Stanfill, Hazard, for appellant.

W. M. Melton, Hazard, for appellees.

PER CURIAM.

Motion for an appeal from the Perry Circuit Court in consolidated actions which stem from a collision involving two motor vehicles.

We are affirming the judgment entered in favor of the appellee, Norma Lee Smith, for $1,862.19, and the judgment in favor of appellee, Lois Campbell, for $216, because there was sufficient evidence to submit the cases to the jury, and because we find no error prejudicial to the appellant's substantial rights.

Wherefore, the motion for an appeal is overruled and each judgment stands affirmed.

### NORFOLK & WESTERN RAILWAY COMPANY, Appellant, v. Troy T. DESKINS, Trading and Doing Business as Belfry Coal Company, Appellee.

Court of Appeals of Kentucky.

April 23, 1954.

Baird & Hays, Pikeville, for appellant.

Francis M. Burke, Pikeville, for appellee.

PER CURIAM.

This case is before us on motion that an appeal be granted under KRS 21.080. The Norfolk & Western Railway Company asserts that the chancellor misconstrued the provisions of a siding contract, and, consequently, improperly allowed Troy T. Deskins, doing business as Belfry Coal Company, to recover as a refund money advanced by him under the terms of the contract. The contract is not as clear as it might be, but we conclude, after due consideration, that the interpretation placed upon it by the chancellor is proper.

The motion for an appeal is overruled and the judgment is affirmed.